UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARLA CROOKS,<br><br>           Plaintiff,<br><br>     v.<br><br>MITCHELL MOSCHETTI,<br><br>           Defendant. | Case No. 20-cv-05631-SK<br><br>**ORDER GRANTING REQUEST TO DISMISS**<br><br>Regarding Docket No. 21 |

The Court HEREBY GRANTS Plaintiff's request to dismiss this action.

**IT IS SO ORDERED**.

Dated: February 17, 2021

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge